UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 5:16-cr-00975-JMC |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN NORTH | ) | |

**UNITED STATES MOTION TO SEAL DOCUMENT**

NOW COMES the United States, by and through its undersigned counsel, hereby moves this Court to seal a proposed Rule 35 pursuant to the Standing Order Regarding Sealing Documents Filed in Criminal Matters, filed October 28, 2014, in 3:14-mc-00333-TLW [ECF #1]. The purpose of the Government's request is to protect the privacy interests of the person involved. The United States respectfully submits that the privacy interests of the individual involved trumps the public's limited interest in access to materials related to this matter. The United States notes that the Court has the inherent authority to seal these documents. *See Baltimore Sun v. Goetz*, 886 F. 2d 60 (4th Cir. 1988); and *In re Application of the United States for an Order Pursuant to 18 U.S.C. Section 2703(D)*, 707 F. 3d 283 (4th Cir. 2013).

The United States therefore requests that the Court direct that the forthcoming document be sealed pursuant to the Standing Order until further order of the Court.

Respectfully submitted,

COREY F. ELLIS
UNITED STATES ATTORNEY

By: s/John C. Potterfield
John C. Potterfield, ID No. 6472
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
(803) 929-3000 Telephone
john.potterfield@usdoj.gov

May 13, 2022